547 S.E.2d 529

**DEPARTMENT OF PROFESSIONAL AND OCCUPATIONAL REGULATION, BOARD FOR ASBESTOS AND LEAD, Appellant,**

v.

**ABATECO SERVICES, INC., Appellee.**

**Abateco Services, Inc., Appellant,**

v.

**Department of Professional And Occupational Regulation, Board For Asbestos And Lead, Appellee.**

**Record Nos. 1719–99–2, 1780–99–2.**

Court of Appeals of Virginia.

June 19, 2001.

John B. Purcell, Jr., Assistant Attorney General (Mark L. Earley, Attorney General; Richard B. Zorn, Senior Assistant

Attorney General, on briefs), for Department of Professional and Occupational Regulation, Board for Asbestos and Lead.

Joseph W. Kaestner, Richmond (Kaestner, Pitney & Jones, on briefs), for Abateco Services, Inc.

Before: FITZPATRICK, C.J., and BENTON, WILLIS, ELDER, BRAY, ANNUNZIATA, FRANK, HUMPHREYS and CLEMENTS, JJ.

## UPON A REHEARING EN BANC

By published opinion dated, September 26, 2000, a divided panel of this Court reversed and remanded the decision of the trial court as to Record Number 1719–99–2, and affirmed the decision of the trial court as to Record Number 1780–99–2. *Department of Professional and Occupational Regulation, Board for Asbestos and Lead v. Abateco Services, Inc.* and *Abateco Services, Inc. v. Department of Professional and Occupational Regulation, Board for Asbestos and Lead,* 33 Va.App. 473, 534 S.E.2d 352 (2000). We stayed the mandates of that decision and granted rehearing *en banc.*

Upon rehearing *en banc,* it is ordered that the stay of the September 26, 2000 mandates is lifted, and the judgment of the trial court is reversed and remanded as to Record Number 1719–99–2 and affirmed as to Record Number 1780–99–2 for the reasons set forth in the majority panel opinion.

Judges Benton and Annunziata dissent for the reasons set forth in the panel dissent. *See id.* at 484–94, 534 S.E.2d at 358–63.

This order shall be published and certified to the trial court.